United States Bankruptcy Court for the:

DISTRICT OF MONTANA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CENTER FOR ASBESTOS RELATED DISEASE, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **CARD CLINIC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0037896** |
| 4. | **Debtor's address** | **Principal place of business**<br>**214 EAST 3RD STREET**<br>**LIBBY, MT 59923**<br>Number, Street, City, State & ZIP Code<br><br>**LINCOLN**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**214 EAST 3RD STREET LIBBY, MT 59923**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.libbyasbestos.org |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☒ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **CENTER FOR ASBESTOS RELATED DISEASE, INC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
       Contact name
       Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

9:23-bk-90135-BPH   Doc#: 1   Filed: 08/07/23   Page 3 of 7

Official Form 201 — **Voluntary Petition for Non-Individuals Filing for Bankruptcy** — page 3

Debtor  **CENTER FOR ASBESTOS RELATED DISEASE, INC.**        Case number (*if known*)
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | CENTER FOR ASBESTOS RELATED DISEASE, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 7, 2023**
MM / DD / YYYY

**X /s/ TRACY J. MCNEW**       **TRACY J. MCNEW**
Signature of authorized representative of debtor       Printed name

Title **EXECUTIVE DIRECTOR**

**18. Signature of attorney**

**X /s/ JAMES A. PATTEN**       Date **August 7, 2023**
Signature of attorney for debtor       MM / DD / YYYY

**JAMES A. PATTEN 1191**
Printed name

**PATTEN PETERMAN BEKKEDAHL**
Firm name

**& GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**
Number, Street, City, State & ZIP Code

Contact phone **406-252-8500**       Email address **apatten@ppbglaw.com**

**1191 MT**
Bar number and State

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

VOLSTAR
2123 S 65TH W
IDAHO FALLS ID 83402

MONTANA DEPT OF REVENUE
BANKRUPTCY SPECIALIST
PO BOX 7701
HELENA MT 59604-7701

KNIGHT NICASTRO MACKAY, LLC
283 W. FRONT ST.
SUITE 203
MISSOULA MT 59802

ADOBE, INC.
345 PARK AVENUE
SAN JOSE CA 95101

LEIF M. JOHNSON
P.O. BOX 1902
BILLINGS MT 59103

APHA
EVENT OPERATIONS
8001 STREET NW
WASHINGTON DC 20001

MEGAN L. DISHONG
DOJ-USAO
1535 LIBERTY LN, STE. 100D
MISSOULA MT 59808

BNSF RAILWAY COMPANY
C/O KNIGHT NICASTRO MAKAY, LLC
1401 WALNUT STREET, SUITE 200
BOULDER CO 80302

SHANNON L. CLARKE
U.S. ATTORNEY'S OFFICE - MISSOULA
P.O. BOX 8329
MISSOULA MT 59807

GLACIER BANK
615 CALIFORNIA AVENUE
LIBBY MT 59923

JEAN PFAU CONSULTING, LLC
JEAN C PFAU, PH.D
3300 E GRAF, UNIT 77
BOZEMAN MT 59715

THE UNITED STATES OF AMERICA
C/O MICHAEL A. KAKUK
U.S. ATTORNEY'S OFFICE
901 FRONT STREET, SUITE 1100
HELENA MT 59626

TIMOTHY M. BECHTOLD
BECHTOLD LAW FIRM
P.O. BOX 7051
MISSOULA MT 59807-7051



214 East 3rd Street, Libby, Montana 59923 · T 406.293.9274 F 406.293.9280 · www.libbyasbestos.org

## CARD Board of Directors Resolution
## July 28, 2023, via telephone vote

Tracy McNew as of July 28, 2023, has been directed to call and retain James A. Patten of Patten, Peterman, Bekkedahl & Green, PLLC to file a Chapter 11 Bankruptcy.

*[Signature]*
7-28-23