James A. Patten (ID # 1191)
Molly S. Considine (ID #13800)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN P.L.L.C.**
2817 2nd Avenue North, Ste. 300
P.O. Box 1239
Billings, MT 59103-1239
Telephone (406) 252-8500
Facsimile (406) 294-9500
E-mail: apatten@ppbglaw.com
       mconsidine@ppbglaw.com

Attorneys for Debtor

| IN RE:<br><br>CENTER FOR ASBESTOS RELATED DISEASE, INC.,<br><br>Debtor. | Case No. 9:23-bk-90135-BPH<br><br>**WITNESS AND EXHIBIT LIST** |
|---|---|

    James A. Patten, Attorney for Center for Asbestos Related Disease, Inc., ("Debtor"), hereby submits the following Witness and Exhibit List for the hearing scheduled for August 30, 2023 starting at 9:00 a.m.

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | DATE SUBMITTED | DATE SUDMITTED | LEGAL GROUND FOR OBJECTION |
|---|---|---|---|---|
| 1 | Center for Asbestos Related Disease Principles of Practice Security Risk Management | | | |

1

| | | | | |
|---|---|---|---|---|
| 2 | Center for Asbestos Related Disease, Inc. 2022 external scan | | | |
| 3 | Business Associate and Confidentiality Agreement | | | |
| 4 | Confidentiality Statement | | | |
| 5 | C.A.R.D. Information System Security Agreement | | | |
| 6 | Volunteer Confidentiality Agreement | | | |
| 7 | Center for Asbestos Related Disease Principles of Practice Security Risk Management – HIPAA Privacy Officer Job Description | | | |
| 8 | HIPAA Privacy | | | |
| 9 | Notice of Privacy Practices | | | |
| 10 | Summary of your attestation status | | | |
| 11 | Center for Asbestos Related Disease Principles of Pactice Security Risk Management – HIPAA Information Security Officer Job Description | | | |
| 12 | Any Exhibits identified by another Party | | | |
| 13 | Impeachment or Rebuttal Exhibits | | | |

26GROUNDS FOR OBJECTION

1. No Objection: Admissibility Stipulated
2. Irrelevant
3. Hearsay
4. Best Evidence
5. Inadmissible Opinion
6. Insufficient Foundation (Relevancy, Personal Knowledge, Authenticity)
7. Unduly Time Consuming, Prejudicial, Confusing or Misleading
8. Other (Specify)

## WITNESS LIST

1. Janine Price, Bookkeeper (will be appearing remotely)

2. Any other witnesses identified by any other Party; and

3. Anyone available in the Courtroom or through video as may be necessary for rebuttal, impeachment witnesses or witnesses necessary to establish foundation.

DATED this 24th day of August, 2023.

                                      **PATTEN, PETERMAN, BEKKEDAHL & GREEN P.L.L.C.**
                                      2817 2nd Avenue North, Suite 300
                                      P.O. Box 1239
                                      Billings, MT 59103-1239

                                      By:/s/JA Patten
                                          James A. Patten
                                          Attorneys for Debtor

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify under penalty of perjury that on the 24th day of August, 2023, a copy of the foregoing was served by electronic means pursuant to Mont. LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and on the following parties:

      None

      /s/*JA Patten*
      Patten, Peterman, Bekkedahl & Green PLLC