UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**CENTER FOR ASBESTOS RELATED DISEASE, INC.,**

Debtor.

Case No. **9:23-bk-90135-BPH**

# ORDER

In this subchapter V bankruptcy, Debtor filed a "Motion for Approval of Stipulation" on March 19, 2024, at ECF No. 88 ("Motion"). The Motion seeks an Order approving the "Stipulation for Dismissal" filed on March 15, 2024, at ECF No. 85 ("Stipulation"), reflecting an agreement among Debtor, the Subchapter V Trustee, the United States Department of Health & Human Services ("DHHS"), the Department of Justice, and BNSF Railway Company. Under the terms of the Stipulation, Debtor consents to the dismissal of its bankruptcy case.

Pursuant to Mont. LBR 9013-1, a "Notice" attached to the Motion explains that the time to respond or object to the Motion and schedule the matter for a hearing is fourteen (14) days. The time to respond or object has passed. No objections were filed.

IT IS ORDERED that the Motion is granted.

IT IS FURTHER ORDERED the parties shall be bound by and perform according to the terms and conditions of the Stipulation, including the dismissal of Debtor's case.

Dated April 8, 2024.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana